Joe Clark, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of error to a judgment of the Criminal Court of Record for Dade County.

Cases Disposed of Without Opinion.

Writ of error dismissed on motion of Attorney General.